STATE OF NEW JERSEY v. JAMES BOATRIGHT.

October 14, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD KELLY.

October 14, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RODNEY JAMES DIXON.

October 14, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES EARL ALLEN.

October 14, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL BUNCH.

October 14, 1987.

Petition for certification denied.